UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM R. POULIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUTCHINS, CORPORAL, et al., )<br>)<br>Defendants. ) | Civil No. 06-19-B-W |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 13, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint be and hereby is DISMISSED in its entirety for Plaintiff's failure to prosecute.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2006